■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WANDA I. MORALES, Appellant. [825 NYS2d 651]—Appeal from a judgment of the Supreme Court, Erie County (Ronald H. Tills, A.J.), rendered November 17, 2004. The judgment convicted defendant, upon her plea of guilty, of criminal possession of a controlled substance in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Hurlbutt, J.P., Gorski, Centra and Green, JJ.